AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LAWRENCE NOVAK

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 2005-MJ-0480-RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 13, 2005__ in __Plymouth__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

with the intent to conceal and disguise the nature, location, source and control of property represented to be the proceeds of drug trafficking, a specified unlawful activity, and which LAWRENCE NOVAK believed to be the proceeds of that specified unlawful activity, conducted and attempted to conduct a financial transaction with that property.

in violation of Title __18__ United States Code, Section(s) __1956(a)(3)__.

I further state that I am a(n) __Special Agent, IRS CI__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   [✓] Yes   [ ] No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

SEP 1 3 2005  at 2:18 pm                               Boston, Massachusetts
Date                                                    City and State

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Massachusetts    Category No. II    Investigating Agency  IRS

City    Brockton              Related Case Information:

County  Plymouth              Superseding Ind./ Inf. _____   Case No. _____
                              Same Defendant _____   New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name   Lawrence Novak                           Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   235 Candy Lane, Brockton, Massachusetts

Birth date (Year only): 1951   SSN (last 4 #): 1334   Sex  M   Race: Caucasian   Nationality: U.S.A.

Defense Counsel if known: _____              Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   George Vien/Brian Kelly              Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date:   September 13, 2005

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____          ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☒ Complaint       ☐ Information       ☐ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/13/05        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 8/29/05)  Page   2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Lawrence Novak

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(a)(3) | Money Laundering | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**